

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2018

No. 04-17-00338-CV

Travis **CROW**, Britt A. Crow, Laurian Crow
Edison, and Karen A. Kraft,
Appellants

v.

Heddie Knappick **LOOKADOO**, Lisa Knappick Lucas, Mary Brown,
Margaret Brown Nugent, Charles Brown, Joseph Gallagher,
Josephine Brown Noll, Pamela Gallagher Palmer, and Irene B. Zoeller,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-10-00188-CVL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:     Marialyn Barnard, Justice
           Patricia O. Alvarez, Justice
           Irene Rios, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2018.



KEITH E. HOTTLE,
Clerk of Court